UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEONARDO MORALES, et al.,

                        Plaintiffs,

     -against-

SHIP WRECKED BAR AND GRILL, INC., et al.,

                        Defendants.

------------------------------------------------------------X

23-CV-07639 (JMF)(SN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/1/2023

**SARAH NETBURN, United States Magistrate Judge**:

        On August 31, 2023, the Honorable Jesse M. Furman assigned this matter to my docket for settlement. No later than one week after an answer is filed, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

SO ORDERED.

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     September 1, 2023
                  New York, New York