UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO MORALES, et al.,<br><br>                 Plaintiff(s),<br><br>v.<br><br>SHIP WREKED BAR AND GRILL INC., et al.,<br><br>                 Defendant(s). | 23-CV-7639 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 11, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan and scheduling order by October 25, 2023. ECF No. 10. That submission is well overdue, and Defendants have yet to appear. Accordingly, it is hereby ORDERED that Plaintiffs submit a letter by **November 30, 2023**, updating the Court on the status of this case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) whether Plaintiffs intend to move for default judgment or to voluntarily dismiss this case. Plaintiffs are advised that failure to prosecute their case may result in dismissal.

The initial pretrial conference currently scheduled for November 30, 2023, at 10:00 a.m. is hereby ADJOURNED pending appearance by Defendants.

SO ORDERED.

Dated: November 21, 2023
       New York, New York

                                                     DALE E. HO
                                        United States District Judge