

# RAYMOND NARDO, P.C.

ATTORNEY AT LAW

129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email: Nardo@Raynardo.com

> Application **GRANTED.** Plaintiff shall move for default judgment by **March 29, 2024.** So Ordered.
>
> The Clerk of Court is respectfully directed to close the motion at ECF No. 24.
>
> _/s/ Dale E. Ho_
> Dale E. Ho
> United States District Judge
> Dated: February 28, 2024
> New York, New York

BY ECF

Hon. Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Morales et al v. Ship Wrecked Bar and Grill, Inc. et al*
             23-CV-7639

Dear Judge Ho,

I represent Plaintiff in the above matter. A default submission is due on March 1, 2024. Plaintiff requests a 28 day extension to submit the default judgment paperwork. This is necessitated by counsel's current workload and the necessity to have 3 Plaintiffs and a translator available to complete the application to this Honorable Court. There have been no prior requests to adjourn this date.

Consequently, Plaintiff requests to adjourn the date for submission of the default paperwork until March 29, 2024.

Thank you for your consideration.

Respectfully submitted,

_____
RAYMOND NARDO, ESQ.

cc:    Andy Ramgoolie (by email)