UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO MORALES, et al.,

                        Plaintiffs,

              v.                                                    23-CV-7639 (DEH)

SHIP WRECKED BAR AND GRILL INC., et                                 **ORDER**
al.,

                        Defendants.

DALE E. HO, United States District Judge:

Plaintiffs filed suit on August 29, 2023.  *See* ECF No. 1.  On February 8, 2024, the Clerk

of Court issued a certificate of default as to all Defendants.  *See* ECF No. 23.  On March 26,

2024, Plaintiffs filed a motion for default judgment as to all Defendants.

On April 18, 2024, counsel for Defendants filed a notice of appearance.  *See* ECF No. 27.

On April 18, 2024, and June 10, 2024, the Court granted extensions of time for Defendants to

respond to the motion for default judgment.  *See* ECF Nos. 29, 31.  On July 11, 2024, Plaintiffs

filed a renewed motion to extend Defendants' time to respond to Plaintiffs' motion for default

judgment.  *See* ECF No. 32.

**IT IS HEREBY ORDERED** that the application to extend Defendants' time to respond

to Plaintiffs motion is **GRANTED**.  Accordingly, Defendants' opposition papers shall be due by

**August 16, 2024**.

The parties are on notice that further extensions are unlikely to be granted, absent a

showing of extraordinary circumstances.

The Clerk of Court is respectfully requested to terminate **ECF No. 32**.

Dated: July 17, 2024
     New York, New York

DALE E. HO
United States District Judge

2