UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEONARDO MORALES, et al.,

                              Plaintiffs,

          -against-

SHIP WRECKED BAR AND GRILL, INC., et al.,

                              Defendants.

------------------------------------------------------------X

23-CV-07639 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge**:

       The parties were previously ordered to file their settlement agreement by August 27, 2024, for the Court to review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015), along with a joint letter explaining why the settlement is fair and reasonable. To date, neither the settlement agreement nor the joint letter has been filed. Accordingly, by September 4, 2024, the parties shall file their proposed settlement agreement and joint letter.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    August 29, 2024
                 New York, New York