UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEONARDO MORALES, et al.,

                            Plaintiffs,

        -against-

SHIP WRECKED BAR AND GRILL, INC., et al.,

                            Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2024

23-CV-07639 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge**:

       In this Fair Labor Standards Act case, the parties have reached a settlement in principle. Yesterday, the parties submitted a proposed settlement agreement for the Court to review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), along with a joint letter explaining why the settlement is fair and reasonable. ECF No. 40. Having reviewed the proposed settlement agreement and the parties' joint letter, the Court determines that the settlement is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   September 4, 2024
              New York, New York